Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 08-06999-8-ATS
Judge: A. THOMAS SMALL
Dated: August 05, 2009

In Re:

ALICE G. MCNEILL
817 N 14TH ST.
ERWIN, NC 28339
SSN (1): XXX-XX-0782

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee, the debtor(s) and counsel for the debtor(s). If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.

1. The case was filed on October 09, 2008 and confirmed on April 06, 2009.
   The case was subsequently Dismissed After Confirmation (A) on July 07, 2009.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $3,188.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| GE MONEY BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WORLD FINANCIAL NETWORK NATIONAL BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HARNETT COUNTY TAX COLLECTOR | PRIORITY | $125.87 | $0.00 | $0.00 | $125.87 |
| HARNETT COUNTY TAX COLLECTOR | SECURED | $2,063.81 | $0.00 | $0.00 | $2,063.81 |
| ACTION CARD/BANK 1ST | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ACTION CARD/BANK 1ST | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| APPLIED BANK | UNSECURED | $3,439.05 | $0.00 | $0.00 | $3,439.05 |
| CAPITAL ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CROSS COUNTRY BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DISH NETWORK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FDS BANK / MACY'S | UNSECURED | $1,051.83 | $0.00 | $0.00 | $1,051.83 |
| EMBARQ | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING LLC, | UNSECURED | $1,625.47 | $0.00 | $0.00 | $1,625.47 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $601.67 | $0.00 | $0.00 | $601.67 |
| LVNV FUNDING, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| MCYDSNB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $640.23 | $0.00 | $0.00 | $640.23 |
| GREEN TREE SERVICING LLC | SECURED - ONGOING MTG | $1,815.50 | $1,815.50 | $0.00 | $0.00 |
| LAKISHA MCNEILL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ROUNDUP FUNDING, LLC | UNSECURED | $579.74 | $0.00 | $0.00 | $579.74 |
| VW CREDIT | UNSECURED | $7,920.30 | $0.00 | $0.00 | $7,920.30 |
| GREEN TREE SERVICING | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE SERVICING LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

4. Summary of disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $2,063.81 | $125.87 | $15,858.29 | $1,815.50 | $19,863.47 |
| **Principal Paid** | $0.00 | $0.00 | $0.00 | $1,815.50 | $1,815.50 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $2,700.00 and was paid $1,097.59.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $137.46 for expenses and $137.45 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $0.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc:  ALICE G. MCNEILL

BENNER JONES, III
BARRINGTON & JONES LAW FIRM, P.A.
PO BOX 749
FAYETTEVILLE, NC  28302

Dated: August 05, 2009

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box  61039
Raleigh, NC  27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ALICE G. MCNEILL                                                CASE NUMBER: 0806999
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _08/06/2009_ :

By First Class Mail :

ACTION CARD/BANK 1ST, ATTN: MANAGING AGENT, PO BOX 105555, ATLANTA, GA  30348-5555 -
ALICE G. MCNEILL, 817 N 14TH ST., ERWIN, NC  28339,  -
APPLIED BANK, 601 DELAWARE AVE., WILMINGTON, DE  19801,  -
APPLIED BANK, PO BOX 17125, WILMINGTON, DE  19850-7125,  -
BENNER JONES, III, BARRINGTON & JONES LAW FIRM, P.A., PO BOX 749, FAYETTEVILLE, NC  28302 -
CAPITAL ONE, ATTN: MANAGING AGENT, PO BOX 85520, RICHMOND, VA  23285-5520 -
CROSS COUNTRY BANK, PO BOX 310711, BOCA RATON, FL  33431-0711,  -
DISH NETWORK, DEPT. 0063, PALATINE, IL  60055,  -
DSNB MACYS, 3039 CORNWALLIS RD., DURHAM, NC  27709,  -
ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK, NJ  07193-5480,  -
ECAST SETTLEMENT CORPORATION, P. O. BOX 35480, NEWARK, NJ  07193-5480,  -
EMBARQ, C/O AUDIT SYSTEMS INCORPORATED, 3696 ULMERTON ROAD, STE. 200, HOLLY SPRINGS, NC  27540 -
FDS BANK / MACY`S, TSYS DEBT. MGT., INC., PO BOX 137, COLUMBUS, GA  31902-0137 -
GE MONEY BANK, C/O RECOVERY MGMT. SYSTEMS CORP., 25 SE 2ND AVE., STE. 1120, MIAMI, FL  33131 -
GEMB/JC PENNEY, ATTN: MANAGING AGENT, PO BOX 981402, EL PASO, TX  79998-1402 -
GREEN TREE SERVICING LLC, ATTN:  MANAGER OR REG. AGENT, PO BOX 0049, PALATINE, IL  60055-0049 -
GREEN TREE SERVICING, PO BOX 6154, RAPID CITY, SD  57709,  -
GREEN TREE, ATTN: MANAGING AGENT, PO BOX 94710, PALATINE, IL  60094-4710 -
HARNETT COUNTY TAX COLLECTOR, 305 W. CORNELIUS HARNETT BLVD., LILLINGTON, NC  27546,  -
HSBC BANK, PO BOX 5253, CAROL STREAM, IL  60197,  -
LAKISHA MCNEILL, 817 N 14TH ST, ERWIN, NC  28339,  -
LVNV FUNDING LLC,, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587 -
LVNV FUNDING, LLC, C/O ENCORE RECEIVABLE MGMT, INC., PO BOX 3330, OLATHE, KS  66063 -
LVNV FUNDING, PO BOX 740281, ATLANTA, GA  30353-0914,  -
MCYDSNB, 9111 DUKE BLVD., MASON, OH  45040,  -
NEW YORK & CO., C/O CMC, PO BOX 4610, NEWARK, DE  19702 -
ROUNDUP FUNDING, LLC, MS 550, PO BOX 91121, SEATTLE, WA  98111-9221 -
VW CREDIT, C/O FRIEDMAN & WEXLER, 500 W. MADISON ST., STE. 2910, CHICAGO, IL  60661 -
VW CREDIT, ATTN: BANKRUPTCY DEPARTMENT, 1401 FRANKLIN BOULEVARD, LIBERTYVILLE, IL  60048 -
WORLD FINANCIAL NETWORK NATIONAL BANK, c/o: WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA  98121 -
WORLD FINANCIAL NETWORK NATIONAL BANK, c/o: WEINSTEIN & RILEY, P.S., PO BOX 3978, SEATTLE, WA  98124-3978 -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  _08/06/2009_          Signature:  _Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134